*Durham & Jacobs, for appellant.*

*Hill & Alcorn, for appellee.*

---

GEO. E. COOK *v.* I. W. SCOTT, ADMINISTRATOR OF ROBT. TUNIS.

**Trials—Instructions—Objection and Exception.**

An objection to an instruction must be made at the time the court is asked to give it, and if it is then given the ruling of the court must be excepted to.

APPEAL FROM FAYETTE CIRCUIT COURT.

October 7, 1871.

OPINION BY JUDGE PETERS:

The bill of exceptions in this case does not show that the instructions asked for by appellee were objected to at the time by appellant, but the appellant excepted after they were given. This

is not sufficient under *Sec.* 364, *Civ. Co.* The instructions must
be objected to at the time the court is asked to give them, and
if they are then given must except to the ruling of the court,
*Kennedy & Bro. v. Cunningham,* 3 *Met.* 538. As no objections
were made when they were offered, any error in giving them
must be deemed as waived. All the instructions asked for by
appellant were given, and no objections were made to the evi-
dence. The judgment, therefore, must be affirmed.

*H. B. Cooke, for appellant.*

*Kinkead & Buckner, for appellee.*